**DISMISS and Opinion Filed December 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00747-CV

## RICHARD MCKINNEY, Appellant
## V.
## FRANCISCO COREAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02339-D**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated August 30, 2021, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 30, 2021, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated November 5, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's

record. We directed appellant to provide, within ten days, verification that he (1) had either paid for or made arrangements to pay for the record, or (2) is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210747F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RICHARD MCKINNEY, Appellant

No. 05-21-00747-CV      V.

FRANCISCO COREAS, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-02339-D.
Opinion delivered by Justice Schenck. Justices Osborne and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee FRANCISCO COREAS recover his costs of this appeal from appellant RICHARD MCKINNEY.

Judgment entered December 6, 2021